UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTOINETTE DANIELLE BACA(2),<br><br>Defendant. | CASE NO.:  22CR0464-W-2<br><br>ORDER TO CONTINUE STATUS HEARING |

IT IS HEREBY ORDERED that the Joint Motion to Continue the Status Hearing is granted. Status Hearing scheduled for March 4, 2024 at 9:00 a.m. is continued to March 11, 2024 at 9:00 a.m. It is further ordered that time is excluded from the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D) and 18 U.S.C. § 3161(h)(7)(A).

DATED: 2/29/24

Hon. Thomas J Whelan
United States District Judge