UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
HON. THOMAS J. WHELAN

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ANTOINETTE DANIELLE BACA, Defendant. | Case No.: 22CR0464-W<br><br>ORDER TO CONTINUE |

GOOD CAUSE APPEARING, it is hereby ordered that Ms. Baca's Status Hearing be continued from March 11, 2024 to April 15, 2024 at 9:00 am. Time is excluded in the interim in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED: 3/7/24

HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE